UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY MAYBERRY, | ) | 1:09-CV-00873 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO REVIEW CASE |
| v. | ) | |
| | ) | [Doc. #6] |
| J. D. HARTLEY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 2, 2009, Petitioner filed a motion requesting the Court to review the instant case. As Petitioner correctly states, the instant action is pending before this Court. The Court is aware of the petition. However, the Court does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

Accordingly, Petitioner's motion is DENIED.

IT IS SO ORDERED.

Dated:   **April 16, 2010**             **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE